TORRINGTON CO., PLAINTIFF, AND FEDERAL-MOGUL CORP., PLAINTIFF-INTERVENOR *v.* UNITED STATES, DEFENDANT, AND SKF USA INC., SKF FRANCE, S.A., AEROSPATIALE DIVISION HELICOPTERES, AND AEROSPATIALE HELICOPTER CORP., DEFENDANT-INTERVENORS

Court No. 91–08–00562

(Dated March 30, 1994)

## JUDGMENT

TSOUCALAS, *Judge:* This Court, having received and reviewed the Department of Commerce, International Trade Administration's Final Results of Redetermination Pursuant to Court Remand, *The Torrington Co. v. United States* Slip Op. 93–171 (August 26, 1993) ("Remand Results"), and any responses to the Remand Results submitted by the parties, including those of SKF USA Inc. and SKF France, S.A., which this Court finds to without merit, it is hereby

ORDERED that the Remand Results filed by the Department of Commerce, International Trade Administration, are affirmed, and it is further

ORDERED that since all other issues have been decided, this case is dismissed.

GENERAL ELECTRIC CO., PLAINTIFF *v.* UNITED STATES, DEFENDANT, AND TORRINGTON CO., AND FEDERAL-MOGUL CORP., DEFENDANT-INTERVENORS

Court No. 91–08–00588

(Dated March 30, 1994)

## JUDGMENT

TSOUCALAS, *Judge:* This Court, having received and reviewed the Department of Commerce, International Trade Administration's Final Results of Redetermination Pursuant to Court Remand, *General Electric Company v. United States* Slip Op. 93–55 (April 21, 1993) ("Remand Results") wherein antidumping duties were recalculated after excluding from the calculation of the assessment rate eight sales identified as occurring prior to the period of review, it is hereby

ORDERED that the Remand Results filed by the Department of Commerce, International Trade Administration are affirmed, and it is further

ORDERED that since all other issues have been decided, this case is dismissed.